DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COMERICA BANK AND TRUST, NA** as the Guardian of the Property of
**EMMA FABIAN,** a minor, **MICHAEL FABIAN** and **JUNE SPENCE,** the
parents and natural guardians of **EMMA FABIAN,** a minor, and
**MICHAEL FABIAN** and **JUNE SPENCE,** individually,
Appellants,

v.

**HCA HEALTH SERVICES OF FLORIDA, INC.** d/b/a **ST. LUCIE
MEDICAL CENTER,** a Florida corporation,
Appellee.

No. 4D22-777

[July 27, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St.
Lucie County; Laurie E. Buchanan, Judge; L.T. Case No.
562019CA000152A.

Geoffrey N. Fieger of Fieger Law, Southfield, MI, Peter J. Somera Jr. and
Paul M. Silva, M.D. of Somera & Silva, LLP, Boca Raton, and Bard D.
Rockenbach and Adam Richardson of Burlington & Rockenbach, P.A.,
West Palm Beach, for appellants.

Michael R. D'Lugo of Wicker Smith O'Hara McCoy & Ford, P.A.,
Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***